UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KELVIN WELLS, ET AL.

VERSUS

CHARLES JOHNSON, ET AL.

CIVIL ACTION

NO. 14-755-SDD-SCR

## RULING

The Court has carefully considered the *Petition*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Stephen C. Riedlinger dated February 16, 2015. Plaintiff has filed an *Objection*[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, the *Plaintiff[']s Opposition to Removal, Motion to Remand W/ Exhibits*[4] and his *Motion to Remand*[5] are DENIED.

Baton Rouge, Louisiana the 10 day of March, 2015.

*Shelly D. Dick*
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1-2.
[2] Rec. Doc. 12.
[3] Rec. Doc. 13.
[4] Rec. Doc. 6.
[5] Rec. Doc. 10.